# In the United States Court of Federal Claims

William Grecia )
)
)
)
Plaintiff(s), )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )
)

Case No. **24-185T** _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

William Grecia (operating as) U.S. Treasury FinTech Division § 553.106, USPS § 553.106, and CFPB § 553.106 Nominal Fee and § 553.200 Yearly Stipend petitions are the exclusive jurisdiction for hearings to the U.S. Federal Court of Claims under Nature of Suit Code 304 (Civilian Pay).

Received – USCFC
FEB 0 5 2024

## 2. PARTIES

Plaintiff, William Grecia , resides at 121 Lenora LN
(Street Address)

Downingtown, PA 19335 , (212) 372-0293
(City, State, ZIP Code)        (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

## 3. PREVIOUS LAWSUITS. Have you begun other lawsuits in the United States Court of Federal Claims?   [3] Yes [ ] No

If yes, please list cases: 1:23-cv-01712-KCD

## 4. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

William Grecia (operating as) U.S. Treasury FinTech Division § 553.106, USPS § 553.106, and CFPB § 553.106 Nominal Fee and § 553.200 Yearly Stipend petition for the year 2023 in which 24 hours a day, 7 days a week, and 365 days were provided by the Petitioner to place the United States of Amercia #1 in Global FinTech and CBDC innovation to meet the White House March 2022 Executive Order on Digital Asset Development Initiatives. The U.S. Treasury FinTech Division § 553.106 operates palmpilot.app which provides a 24 hours a day, 7 days a week, and 365 days anti-fraud application variPIN accessable to the global public to generate FEDC cards and certificates for cross-referencing security on transaction systems for 0% fraud. The U.S. Treasury FinTech Division § 553.106 also provides the FEDC Suite reference build folder for the Federal Reserve FedNow 0% fraud building options which optionally is licensed under RegC CRADA assets commited to and by the U.S. Treasury General Counsel Office, Department of Justice, and NIST Licensing. The U.S. Treasury FinTech Division § 553.106, USPS § 553.106, and CFPB § 553.106 will make this filing each year on or around the Feburary yearly date for the previous year operation. *Expenses for the 2023 year has been previously submitted in case 1:23-cv-01712-KCD and is not included in this year § 553.106 filing. Nominal Fee and Stipend are based on the § 553.106 Firefighter model of no more than 20% based on factual Industry Counterparts: CEO of PayPal Inc ($25,825,500), and USPTO Director ($4,800,000) reported private law firm wage.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

Petition grant of lawful $6,125,100 award for the 2023 calander year of § 553.106 and §
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  3  day of  Febuary , 2024 .
        (day)        (month)        (year)

SIGN HERE

Signature of Plaintiff(s)

A-7

FROM:
U.S. Treasury Fintech Division
William Gracia
121 Lowna Ln
Downingtown PA 19335

TO:
Clerk of Court
U.S. Court of Federal Claims
717 Madison Place, NW
Washington DC 20439

RECEIVED
FEB - 5 2024
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS